# United States District Court

### Eastern District of Missouri

UNITED STATES OF AMERICA

v.

ALMA L. RIFFEL

### JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:05CR725-RWS

USM Number: 32684-044

THE DEFENDANT:

Janis C. Good

Defendant's Attorney

☒ pleaded guilty to count(s)  1 of the single-count indictment on March 2, 2006

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1029(a)(2) | Fraudulent Use of an Unauthorized Access Device | 1/3/05 | 1 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 25, 2006

Date of Imposition of Judgment

Signature of Judge

Rodney W. Sippel

United States District Judge

Name & Title of Judge

May 25, 2006

Date signed

DEFENDANT: ALMA L. RIFFEL

CASE NUMBER: 4:05CR725-RWS

District:    Eastern District of Missouri

## PROBATION

The defendant is hereby sentenced to probation for a term of:

five (5) years

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☒ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm , destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchas, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician:

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ALMA L. RIFFEL
CASE NUMBER: 4:05CR725-RWS
District:    Eastern District of Missouri

## ADDITIONAL PROBATION TERMS

1. The defendant shall participate in the Home Confinement Program for a period of six months. During this time, defendant will remain at her place of residence except for employment and other activities approved in advance by the United States Probation Office. As instructed by the United States Probation Office defendant may be required to maintain a telephone at her place of residence without 'call to forwarding', modem, 'caller I.D.', 'call waiting', portable cordless telephones, answering machines/service, or any other feature or service which would interfere with the operation of electrical monitoring equipment for the above period. Defendant may be required to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the United States Probation Office.

2. The defendant shall provide the probation officer and the Financial Litigation Unit (FLU) of the U.S. Attorney's Office with access to any requested financial information. The defendant is advised that the probation office may share financial information with FLU.

3. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation. The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

4. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

5. The defendant shall pay the restitution and fine as previously ordered by the Court.

DEFENDANT: ALMA L. RIFFEL
CASE NUMBER: 4:05CR725-RWS
District:   Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | $2,000.00 | $8,118.71 |

☐ The determination of restitution is deferred until _____. *An Amended Judgment in a Criminal Case* (AO 245C)
will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified
otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal
victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE PAGE FIVE (5) | | | |
| Totals: | | $8,118.71 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day
after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to
penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine and /or   ☐ restitution.

☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: ALMA L. RIFFEL
CASE NUMBER: 4:05CR725-RWS
District:    Eastern District of Missouri

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Macy's.com 170 O'Farrell Street, San Francisco, CA 84102 $313.73

JCPenny 10500 Lackman Road, Lenexa, KS 66219 $107.22

NewPort News/Spiegel 5100 City Line Road, Hampton, VA 23630 $565.41

Essential Wholesale 8850 SE Herbert Court, Clackamas, OR 97015 $98.38

QVC.com 1200 Wilson Drive, Studio Park, PA 19380 $104.54

Lakeside Collections 2800 Lakeside Drive, Bannock burn, IL 60015 $54.70

Omaha Steaks 11030 O Street, Omaha, NE 68137 $93.97

The Sharper Image 650 Davis Street, San Francisco, CA 94111 $15.48

John Wiley & Sons, Inc. One Wiley Drive, Somerset, New Jersey 08875 $121.68

Taylor Gifts 600 Cedar Hollow Road, Paoli, PA 19301 $405.54

Displays 2 Go 55 Broad Common Road, Bristol, RI 02809 $54.73

Fry's Outpost.com 3435 Airborne Road, Wilmington, OH 45177 $595.18

Yves Rocher P.O. Box 2866, Champlain, NY 12919 $131.12

Lane Bryant 300 Constitution Avenue, Taunton, MA 02780 $278.64

Roaman's 300 Constitution Avenue, Taunton, MA 02780 $411.71

Brylane Home 300 Constitution Avenue,Taunton, MA 02780 $63.94

American Girl P.O. Box 620190, Middleton, WI 53562 $51.80

Pro Flowers 5005 Wateridege Vista Drive, San Diego, CA 92121 $168.37

Bitwise Gifts, LLC P.O. Box 2124, Salem, NH 03079 $42.06

Home Visions P.O. Box 2789, Cedar Rapids, IA 52406 $47.98

Amazon.com P.O. Box 81226, Seattle, WA 98108 $1,689.30

HSN (Silhouettes) 340 Poplar Street, Hanover, PA 17333 $314.96

Walter Drake P.O. Box 98968, Las Vegas, NV 89193 $159.32

Swiss Colony P.O. Box 2814, Monroe, WI 53566 $13.95

Pet Shed 6210 Technology Center Drive, Indianapolis, IN 46278 $44.95

Collections, Etc. 2521 South Busse, Elk Grove Village, IL 60007 $364.17

Ecost.com 2555 West 190, Torrance, CA 90504 $279.81

Coldwater Creek 601 Coldwater Creek Drive, Mineral Wells, WV 26121 $1,110.38

Miles Kimball 250 City Center, Oshkosh, WI 54906 $205.81

Infinity Resources 800 N. Rohlwing Road, Itasca, IL 60143 $50.96

Lands End #1 Lands End Lane, Dodgeville, WI 53533 $63.97

L.L. Bean 1339 Washington Avenue, Portland, ME 04103 $94.95

DEFENDANT:  ALMA L. RIFFEL
CASE NUMBER:  4:05CR725-RWS
District:     Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of  $100.00           due immediately, balance due

         ☐ not later than _____ , or

         ☐ in accordance with  ☐ C,  ☐ D, or     ☐ E below; or  ☐ F below; or

B ☐ Payment to begin immediately (may be combined with      ☐ C,   ☐ D, or  ☐ E below; or  ☐ F below; or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
         _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
         _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
         term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
         imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments in monthly installments of at least $200, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
         Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐    The Defendant was released on _____ to _____ Probation

☐    The Defendant was released on _____ to _____ Supervised Release

☐    and a Fine of_____ ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____